INGRAHAM, P. J., McLAUGHLIN, CLARKE and DOWLING, JJ., concurred.

Order reversed, with ten dollars costs and disbursements, and motion granted, without costs.

---

GERTRUDE D. HAWES, Respondent, *v.* UNITED STATES TRUST COMPANY OF NEW YORK and Others, Defendants.

JOSEPH F. SNIPES, Appellant. (No. 2.)

First Department, February 3, 1911.

See head note in *Hawes* v. *United States Trust Co., No. 1 (ante,* p. 789).

APPEAL by Joseph F. Snipes from an order of the Supreme Court, made at the New York Special Term and entered in the office of the clerk of the county of New York on the 2d day of December, 1910, as resettled by an order entered in said clerk's office on the 20th day of December, 1910, denying the appellant's motion for leave to enter his appearance and answer the complaint herein.

*William Bell Wait, Jr.,* for the appellant.

*Gilbert Ray Hawes,* for the respondent.

PER CURIAM:

The order reversed, with ten dollars costs and disbursements, and motion granted, without costs, on the authority of *Hawes* v. *United States Trust Co., No. 1* (142 App. Div. 789), decided herewith.

Present — INGRAHAM, P. J., McLAUGHLIN, CLARKE, MILLER and DOWLING, JJ.

Order reversed, with ten dollars costs and disbursements, and motion granted, without costs.